**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JET DRIVE GENERAL MARINE
MANUFACTURING CO., INC.,
                 Plaintiff,

-against-                                   19 **CIVIL** 1886 (JGK)

## JUDGMENT

SCOTTSDALE INSURANCE COMPANY,
                 Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 11, 2019, the defendant's motion to dismiss the plaintiff's claims for breach of contract and declaratory relief is granted and judgment is entered dismissing this case; accordingly, the case is closed.

**Dated:** New York, New York
         December 12, 2019

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**

                     **BY:**
                                              **Deputy Clerk**